IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 00-40101-02-GPM |
| WILLIAM MOSS, | ) ) ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Defendant's counsel has filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582(c) (Doc. 518). The Government has not responded.

On August 20, 2001, Moss was sentenced by this Court to a 377 month term of imprisonment following his conviction by a jury in March 2001. This sentence was at the high end of the then-applicable guideline range.[1] Because the offense involved crack cocaine, Moss now qualifies for a reduction of sentence in light of the recent amendments to the guidelines.

Moss's counsel argues that a sentence of 272 months, the low end of the revised guideline range, is appropriate. In light of the information provided by defense counsel concerning Moss's adjustment to prison life, and without an objection from the Government, the Court agrees. The

---

[1] At the time of sentencing, Moss's original offense level was 34, and his criminal history category was V, with a resulting imprisonment range of 235 to 293 months (on Counts 1-4) plus 84 consecutive months (on Count 5). The term imposed consisted of 293 months on Counts 1-4 (to run concurrently to each other) and 84 months on Count 5 (to run consecutive to the term on Counts 1-4).

Court sees no need for an evidentiary hearing in this case as requested by Moss, because the Court is simply not authorized to go any lower than 272 months, the low end of the revised guideline range. *See United States v. Cunningham*, 554 F.3d 703 (7th Cir. 2009).

Accordingly, the motion to reduce sentence (Doc. 518) is **GRANTED**, and Defendant's sentence is reduced from 377 months to 272 months (consisting of 188 months on Counts 1-4 to run concurrently to each other) and 84 months on Count 5 (to run consecutive to the term on Counts 1-4).

**IT IS SO ORDERED.**

DATED: 05/07/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge